**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| ROBERT LACY, | ) | Cause No. 2:25-CR-00041 |
| Defendant. | ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Abizer Zanzi relating to Defendant Robert Lacy's plea of guilty. [DE 38.] Following a hearing, [DE 42], Judge Zanzi found that Defendant understands the charge, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the Defendant knowingly and voluntarily wishes to enter a plea of guilty to the charge. Judge Zanzi recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Zanzi's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Zanzi's findings and recommendation concerning the Defendant's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation, [DE 42], in its entirety.

Defendant Robert Lacy is adjudged GUILTY of violating 21 U.S.C. § 841(a)(1). The

sentencing hearing will be set by a subsequent notice.

SO ORDERED on November 23, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT